IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC # 131042                                                        PLAINTIFF

v.                          No. 5:12-cv-247-DPM-JTR

RAY HOBBS,
Director, ADC                                                       DEFENDANT

## ORDER

No one has objected to Magistrate Judge J. Thomas Ray's Proposed Findings and Partial Recommended Disposition, *Document No. 12*. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), and for legal error, the Court adopts the proposal in full. Scott's motion for default judgment, *Document No. 5*, is denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 February 2013