IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC # 131042                                                              PETITIONER

v.                              No. 5:12-cv-247-DPM-JTR

RAY HOBBS,
Director, ADC                                                             RESPONDENT

### ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, *Document No. 14*, and Scott's objections, *Document No. 15*. On *de novo* review, the Court adopts Judge Ray's proposal as its decision. FED. R. CIV. P. 72(b)(3). Scott's petition for a writ of habeas corpus, *Document No. 1*, is therefore denied and dismissed with prejudice. A certificate of appealability will not issue.

So Ordered.

                                                  */s/ D.P. Marshall Jr.*
                                                  D.P. Marshall Jr.
                                                  United States District Judge

                                                  12 March 2013