IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**
**ADC # 131042**                                                            **PETITIONER**

v.                              No. 5:12-cv-247-DPM-JTR

**RAY HOBBS,**
**Director, ADC**                                                           **RESPONDENT**

### ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, *Document No. 14*, and Scott's objections, *Document No. 15*. On *de novo* review, the Court adopts Judge Ray's proposal as its decision. FED. R. CIV. P. 72(b)(3). Scott's petition for a writ of habeas corpus, *Document No. 1*, is therefore denied and dismissed with prejudice. A certificate of appealability will not issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 March 2013