IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC # 131042                                                      PETITIONER

v.                          No. 5:12-cv-247-DPM

RAY HOBBS,
Director, ADC                                                      RESPONDENT

## JUDGMENT

Scott's petition for a writ of habeas corpus is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 March 2013